# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA RUTH MCBURNETT,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 8:17-CV-00082-SK<br><br>**JUDGMENT** |

It is **ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: January 26, 2018

HON. STEVE KIM
U.S. MAGISTRATE JUDGE